PER CURIAM.
Affirmed. See Gisi v. State, 135 So.3d 493 (Fla. 2d DCA 2014); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Garnett v. State, 957 So.2d 32 (Fla. 2d DCA 2007) (en banc); Ericson v. State, *936 932 So.2d 311 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005).
KELLY, VILLANTI, and LaROSE, JJ., Concur.